_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED
JUN 14 2000
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICIA PERAGO, et vir.

    Plaintiffs

vs.                                    Case No.: L-00CV-0733

WAL-MART STORES, INC.

    Defendant

## O R D E R

UPON CONSIDERATION of the Joint Motion to Modify Existing Scheduling Order filed by all parties herein, and for good cause having been demonstrated, it is this _14TH_ day of _June_, 2000 by the United States District Court for the District of Maryland

ORDERED, that the Joint Motion to Modify Existing Scheduling Order be and the same hereby is GRANTED; and it is further

ORDERED, that the Scheduling Order be modified as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re expert | July 19, 2000 |
| Defendant's Rule 26(a)(2) disclosures re expert | August 19, 2000 |
| Plaintiff's Rule 26(a)(2) rebuttal disclosure re expert | September 3, 2000 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 10, 2000 |
| Discovery deadline/submission of Status Report | October 2, 2000 |
| Requests for Admissions | October 9, 2000 |

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

1800 DIAGONAL ROAD
SUITE 300
ALEXANDRIA, VA 22314
TELEPHONE: (703) 548-0044
FAX: (703) 299-8548

|  |  |
|---|---|
| Dispositive pre-trial motions deadline | November 1, 2000 |

*/s/ B. Legg*

_____
The Honorable Benson Everett Legg
United States District Court
for the District of Maryland

Copies to:

Christopher R. Dunn, Esquire
P.O. Box 40
Lanham, MD  20703-0040
Counsel for Defendant

Robert L. Miller, Esquire
716 South Main Street
Bel Air, MD  21014
Counsel for Plaintiffs

L1\CRD\MILLER\MOTION TO MODIFY.CRD:njs

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988

1300 DIAGONAL ROAD
SUITE 300
ALEXANDRIA, VA 22314
TELEPHONE (703) 548-0044
FAX (703) 299-8548