UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland  21201
(410) 962-0723

September 14, 2000

MEMORANDUM TO COUNSEL RE:     Patricia Perago, et vir. v.
Wal-Mart Stores, Inc.
Civil #L-00-733

Dear Counsel:

I am in receipt of plaintiff's motion to modify existing scheduling order and defendant's opposition thereto.  Before ruling, I wish to see Mr. Miller's response to the contentions advanced in defendant's opposition.  Mr. Miller's reply memorandum is due to be filed by September 20, 2000.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:     Court file