UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

April 16, 2001

MEMORANDUM TO COUNSEL RE:    Patricia Perago, *et vir.* v.
Wal-Mart Stores, Inc.
Civil #L-00-733

Dear Counsel:

I am in receipt of Mr. Dunn's letter of February 21, 2001. I approve the schedule he proposes. By my count, Mr. Dunn has already submitted his expert's report. The plaintiff may take the expert's deposition any time before May 7, 2001. Counsel may supplement their summary judgment papers any time before May 21, 2001.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court file