LAW OFFICES
## HOCHBERG, COSTELLO & BARON
528 EAST JOPPA ROAD
TOWSON, MARYLAND 21286-5403

BAYARD Z. HOCHBERG
JOHN R. COSTELLO
SCOTT B. BARON

TELEPHONE
(410) 823-2922
FAX (410) 321-0874

June 11, 2001

FEDERAL EXPRESS DELIVERY

United States District Court
  for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

    Re:  Patricia Perago, et vir. v. Wal-Mart Stores, Inc.
         Civil Action No. L-00-CV-733

    This letter will confirm an agreement among all counsel that the Plaintiff be granted an extension of time till June 25, 2001 to answer:

    Defendant's Motion in Limine to Exclude Plaintiff Expert, George W. Cosper

    Motion to Strike Plaintiff's Second Supplemental Opposition to Defendant's Motion for Summary Judgment

    Defendant's Supplemental Motion for Summary Judgment

Sincerely,

John R. Costello

BZH:jjn
Enc.
cc:  Christopher R. Dunn, Esq.
    Robert L. Miller, Esq.

Request "GRANTED" this 13th day of June, 2001.

_____
United States District Judge