IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICIA PERAGO, <u>et vir.</u> | * | |
| Plaintiffs | * | |
| vs. | * | Case No.: L-00CV-0733 |
| WAL-MART STORES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

---

## MOTION TO SUBSTITUTE COUNSEL

---

Donald F. Chiarello, Esq. and Bayard Z. Hochberg, Esq., attorneys for Plaintiffs, move the Court to strike the appearance of Donald F. Chiarello, Esq. and substitute Bayard Z. Hochberg, Esq. and for grounds of their Motion, respectfully show:

1. Donald F. Chiarello, Esq. has retired from the practice of law as of January 1, 2001. Bayard Z. Hochberg, Esq. will replace Donald F. Chiarello, Esq. as co-counsel for the Plaintiffs, together with Robert L. Miller, Esq.

/s/ Bayard Hochberg
Bayard Z. Hochberg
528 E. Joppa Road
Towson, MD 21286
Federal Bar No. 03627

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July, 2001, a copy of the foregoing Motion to Substitute Counsel was mailed, postage prepaid, to:

> Christopher R. Dunn
> 4601 Forbes Boulevard
> Suite 200, P.O. Box 40
> Lanham, MD 20703-0040
> Attorney for Defendant

_____
Bayard Z. Hochberg
Attorney for Plaintiffs

APPROVED, this 13th day of July, 2001, by the United States District Court for the District of Maryland.

_____
Judge

LAW OFFICES
# HOCHBERG, COSTELLO & BARON
528 EAST JOPPA ROAD
TOWSON, MARYLAND 21286-5403

BAYARD Z. HOCHBERG
JOHN R. COSTELLO
SCOTT B. BARON

TELEPHONE
(410) 823-2922
FAX (410) 321-0874

July 9, 2001

Clerk
United States District Court
  for the District of Maryland
101 W. Lombard Street
3rd Floor, Room 330
Baltimore, Maryland 21201

**RE:   PERAGO v. WAL-MART**
       **CASE NO.: L-00CV-0733**

Dear Ms. Bucker:

Enclosed please find an original and two (2) copies of Motion to Substitute Counsel in connection with above-captioned matter.

Please acknowledge receipt of same by dating and returning the enclosed duplicate of this letter in the envelope provided for your convenience.

Very truly yours,

Bayard Z. Hochberg

BZH/jjn
Enclosures

cc: Christoper R. Dunn, Esq.