IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICIA PERAGO, ET VIR.  :

v.  : CIVIL NO. L-00-733

WAL-MART STORES, INC.  :

## ORDER

For the reasons stated in the memorandum of even date, the Court will:

(i) STRIKE exhibit two to Plaintiff's Answer to Defendant's Motion for Summary Judgment, a computer printout from Elkton Police Department;

(ii) GRANT Defendant's Motion to Strike Plaintiffs' Second Supplemental Opposition to Defendant's Motion for Summary Judgment;

(iii) GRANT Defendant's Motion for Summary Judgment; and

(iv) DIRECT the CLERK of COURT to CLOSE the case.

It is so ORDERED this 16th day of August, 2001.

Benson Everett Legg
United States District Judge